UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BRIAN HAZZARD, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-11-51 |
| | § | |
| RYAN BOURGEIOS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On January 23, 2012, the Court held a hearing in the above-captioned matter. Although the Court ordered all parties to appear in person in the Notice of Setting entered on January 11, 2011 (D.E. 53), Plaintiff's counsel, Jeffrey Kelly, did not appear in person before the Court. Plaintiff Brian Hazzard appeared before the Court and requested to substitute himself, pro se, for counsel Jeffrey Kelly in this matter going forward.

The Court ORDERED as follows:

(1) By noon on **Monday January 30, 2012,** Plaintiff shall file the following, under oath, with the Court:

   a. A copy of the lease agreement currently in force between Brian Hazzard and the tenants in possession of the property located at 3331 Jamaica Drive, Corpus Christi, Texas 78418

   b. A Response to Defendants Wells Fargo Bank, N.A.'s and Mortgage Electronic Registration System, Inc.'s Motion for Summary Judgment. (D.E. 32.)

   c. A Response to Defendant Calvin C. Mann's Motion for Summary Judgment. (D.E. 21.)

   d. A Response to Defendant Everett L. Anschutz's Motion for Summary Judgment. (D.E. 24.)

   e. A Response to Defendants Barrett Daffin Frappier Turner & Engel LLP's and Ryan Bourgeois's Motion to Dismiss Pursuant to Rule 12(b)(6). (D.E. 22.)

      f.  An accounting of any and all income received by Plaintiff from the tenants occupying the properties located at: (1) 3331 Jamaica Drive, Corpus Christi, Texas 78418; and (2) 4938 Trinity Drive, Corpus Christi, Texas 78418.  The accounting shall begin from the time Plaintiff received the notice of foreclosure as to each of the properties and continue up through and including **Monday, January 30, 2012.**

(2) The Final Pre-Trial Conference is set in this case for **Monday, January 30, 2012** at **1:30pm**.  Corporate representatives are not to be present.

(3) Plaintiff's motion to substitute himself pro se  is GRANTED.

SIGNED and ORDERED this 23rd day of January, 2012.

                                            Janis Graham Jack
                                  Senior United States District Judge